# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

AHMED KHALFAN GHAILANI )
 )
 )
 )
   **Petitioner** )
 )
  v. ) **Civil Case No. 08-1190 (RJL)**
 )
 )
**ROBERT M. GATES** *et al.* )
 )
 )
 )
   **Respondents.** )

## ORDER
(May **12**, 2009)

On July 10, 2008, Petitioner Ghailani filed a petition for a writ of *habeas corpus*. On September 5, 2008, the Court issued an order requiring that the parties submit status reports by September 18, 2009 [Dkt # 16]. Respondents filed their status report on September 18, 2009 [Dkt # 18]. To date, Petitioner has yet to file his status report, and there has been no other activity in this case since Respondents filed their report. Accordingly, upon due consideration of the entire record herein, it is, this **12** day of May, 2009, hereby

**ORDERED** that the plaintiff shall show cause in writing within 30 days of this order why the action should not be dismissed for failure to prosecute pursuant to local rule 83.23; and it is further

**ORDERED** that failure to file a timely response may result in the dismissal of this action.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge